

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/FJN/ADW/CEB  
F.#2015R00471

271 Cadman Plaza East  
Brooklyn, New York 11201

March 25, 2025

By ECF

The Honorable Frederic Block  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    United States v. Rafael Caro Quintero  
              Criminal Docket No. 15-208 (FB)

Dear Judge Block:

      The government respectfully submits this letter in advance of the status conference scheduled for March 26, 2025, to apprise the Court of the items it anticipates addressing during the status conference.

- **Special Administrative Measures:** On March 17, 2025, the Attorney General authorized the imposition of Special Administrative Measures (SAMs) to govern the conditions of the defendant's confinement. The government has provided defense counsel with a copy of the SAMs.

- **Representation of the Defendant:** At his arraignment, the defendant was provided with court-appointed counsel, and last week he was provided with court-appointed learned counsel. At the same time, the government has received outreach from various attorneys claiming that they may potentially be retained to represent the defendant.

- **Protective Order:** On March 4, 2025, the government provided counsel of record with a proposed protective order to govern the discovery in this case. The government requests that the Court enter the proposed protective order. The same protective order is already in place with respect to co-defendant Ismael Quintero Arellanes. (ECF No. 82).

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:   /s/
Saritha Komatireddy
Francisco J. Navarro
Andrew D. Wang
Chand Edwards-Balfour
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (FB) (By ECF)
     All counsel of record (By ECF)